**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHAWN BROWN,

                    Plaintiff,                    Civil Case Number: 06-14468

v.                                                JUDGE PAUL D. BORMAN
                                                  MAG. JUDGE MONA K. MAJZOUB
MICHIGAN DEPARTMENT OF                            UNITED STATES DISTRICT COURT
CORRECTIONS, et al.,

                    Defendants.
_____ /


**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION IN FAVOR OF DENYING DEFENDANT'S MOTION TO**
**DISMISS (DOC. NO. 8)**

        Before the Court is the Magistrate Judge's Report and Recommendation in favor of

denying Defendant's Motion to Dismiss.  Having reviewed that Report and Recommendation,

the Court enters as its findings and conclusions the Report and Recommendation denying

Defendant's Motion to Dismiss at this time.  Plaintiff has until February 5, 2007 to amend his

Complaint.

        **SO ORDERED.**


                                        s/Paul D. Borman_____
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  January 29, 2007


1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 29, 2007.

s/Denise Goodine
Case Manager