UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN BROWN,

        Plaintiff,

v.                                     No. 06-14468

MICHIGAN DEPARTMENT OF      HON. PAUL D. BORMAN
CORRECTIONS et al.,

                                         MAGISTRATE JUDGE MONA K. MAJZOUB

        Defendants,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation as well as any objections filed thereto,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** and entered as the finding and conclusion of this Court.

**IT IS FURTHER ORDERED** that Defendant Michigan Department of Corrections' Motion for Summary Judgment is **DENIED.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: January 9, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 9, 2008.

s/Denise Goodine

Case Manager