# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN MICHIGAN

SHAWN BROWN

    Plaintiff,                        Case No. 06-14468

-vs-                                  Hon. PAUL D. BORMAN

MICHIGAN DEPARTMENT OF CORRECTIONS,

    Defendant.
_____

| | |
|---|---|
| BATEY LAW FIRM, PLLC | DEPARTMENT OF ATTORNEY GENERAL |
| SCOTT P. BATEY (P54711) | KAREN K. KUCHEK (P46200) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30200 Telegraph Road, Suite 400 | 525 W. Ottawa St. Fl 5 |
| Bingham Farms, Michigan 48025 | P O Box 30736 |
| (248) 540-6800-telephone | Lansing, MI 48909 |
| (248)540-6814-fax | (517) 373-6434 |
| sbatey@bateylaw.com | |

_____

## ORDER

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall be permitted to Amend his Complaint to add allegations of disciplinary action since August 2, 2007.

IT IS FURTHER ORDERED AND ADJUDGED that this Honorable Court will issue a new Scheduling Order extending all dates and allowing the parties to amend their Witness Lists and conduct discovery on the allegations since August 2, 2007

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

    Dated: February 11, 2008

1

CERTIFICATE OF SERVICE

      Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 11, 2008.

                                                s/Denise Goodine
                                                Case Manager